**David P. Rossmiller, OSB No. 983395**
Email: drossmiller@bpmlaw.com
**Elissa M. Boyd, OSB No. 111679**
Email: eboyd@bpmlaw.com
Betts, Patterson & Mines, P.S.
111 SW 5th Avenue, Suite 3650
Portland, OR 97204
Telephone:    (503) 961-6338
Facsimile:    (503) 961-6339

*Attorneys for Plaintiff State Farm
Fire and Casualty Company*

**Michael E. Farnell, OSB No. 922966**
Email: mfarnell@pfglaw.com
**Ryan M. DesJardins, OSB No. 135594**
Email: rdesjardins@pfglaw.com
Parsons Farnell & Grein, LLP
1030 SW Morrison Street
Portland, Oregon 97205
Telephone:    (503) 222-1812
Facsimile:    (503) 274-7979

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| State Farm Fire and Casualty Company, an Illinois company,<br><br>                Plaintiff,<br><br>vs.<br><br>John F. Breeden, Robert Breeden, James M. Breeden, Jeannie Loe, Rose Eidson, Keith Eidson, Margaret Breeden as Trustee under the James T. Breeden Irrevocable Trust Dated 12/31/70 and Joann Breeden as Trustee Under the John F. Breeden Irrevocable Trust Dated 12/31/70 dba Edgewood Shopping Center,<br><br>                Defendants. | NO. 6:16-cv-02291-MK<br><br>ORDER OF DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS |

Page 1 – ORDER OF DISMISSAL OF ALL CLAIMS AND
        COUNTERCLAIMS

This matter came before the Court on the Stipulation of Dismissal of all Claims and Counterclaims on Approval of Good Faith Settlement by plaintiff State Farm Fire and Casualty Company and defendants John F. Breeden, Robert Breeden, James M. Breeden, Jeannie Loe, Rose Eidson, Keith Eidson, Margaret Breeden as Trustee under the James T. Breeden Irrevocable Trust Dated 12/31/70, and Joann Breeden as Trustee Under the John F. Breeden Irrevocable Trust Dated 12/31/70 dba Edgewood Shopping Center (together, "Edgewood").

Based upon the Stipulation and this Court's approval of the good faith settlement between State Farm and Edgewood, IT IS HEREBY ORDERED that:

1. The portion of the Lawsuit related to claims accrued prior to May 9, 2016, the portion of the Lawsuit related to Edgewood's breach of contract claim, and the portion of the Lawsuit related to Edgewood's claims against State Farm for violation of the Oregon Environmental Cleanup Assistance Act ("OECAA") are dismissed, with prejudice and without attorney fees or costs to either party.

2. The portion of the Lawsuit related to claims that accrued on or after May 9, 2016 are dismissed, without prejudice and without attorney fees or costs to either party.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 2 – ORDER OF DISMISSAL OF ALL CLAIMS AND
        COUNTERCLAIMS

1447025.docx/081319 0939/7754-0388

3. No claims or counterclaims remain between the Parties and this case is closed.

DATED: November 6, 2019

                                               s/ Mustafa T. Kasubhai
                                               MUSTAFA T. KASUBHAI
                                               United States Magistrate Judge

Submitted by:
David P. Rossmiller, OSB No. 983395
*Attorneys for Plaintiff*

Michael E. Farnell, OSB No. 922966
*Attorneys for Defendants*